No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MOLLIE DILLON MENDEL, Respondent, v. WILLIAM HAROLD MENDEL, Appellant.— Order denying defendant's motion to set aside and vacate the notice of examination of the defendant before trial reversed upon the law and the facts, without costs, and motion granted, without costs. (*Safrin* v. *Safrin*, 205 App. Div. 628; *Horsch* v. *Horsch*, 206 id. 710; *Hutaff* v. *Hutaff*, 208 id. 745.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

WILHELMINA MEYER and RALPH GILLETTE, Respondents, v. JOSEPH A. REILLY, Appellant.— Order denying defendant's motion to open default and to vacate and set aside judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

CAROLINE O'DONOGHUE, Appellant, v. JOHN J. O'ROURKE, as Commissioner of Parks for the Borough of Richmond, and JOHN E. CRONAN, Respondents.— Order denying plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. We are of opinion that the issues should be disposed of at trial. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MABEL B. O'MALLEY and Others, Respondents, v. ALFRED B. BENSON, Appellant.— Order in so far as it strikes out four separate and complete defenses of defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

IRENE PATTERSON, Respondent, v. S. & T. BAKING COMPANY, INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK WILLIAM RAHN, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Young, Kapper, Carswell, Scudder and Tompkins, JJ.

ANNIE SMITH, Respondent, v. ALFRED BROOKS, Appellant, and Another, Defendant.— Order denying motion to dismiss complaint under rule 112 of the Rules of Civil Practice affirmed, with ten dollars costs and disbursements. In our opinion there should be a trial, where circumstances that may warrant equitable intervention may be shown. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ABRAHAM SOTSKY, Respondent, v. NORDAU HOLDING CORPORATION and Others, Defendants, M. EDWARD KATZ, Receiver, Respondent, and HYMAN ARKAWY, Appellant.— Order settling receiver's accounts directing him to pay himself out of the moneys in his possession, and to deposit the balance with the chamberlain of the city of New York, modified so as to provide that the balance in the hands of the receiver, fifty-three dollars and forty-two cents, be paid to appellant instead of depositing it with the city chamberlain. As so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

ANTON STRITTMATTER, Respondent, v. THE TRUSTEES OF THE SAILORS SNUG HARBOR IN THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.